IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM S. BRADLEY, SR.,

    Plaintiff,

vs.                                                                                                            No. CIV 19-0866 JB/LF

FENNER DUNLOP CONVEYOR
SYSTEMS AND SERVICES, LLC,
CATHY HOFERKA and ANDY GREENWOOD.

    Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Stipulated Motion to Dismiss Case, With Prejudice, filed February 12, 2021 (Doc. 33)("Stipulated Motion").  In the Stipulated Motion, the parties state that they "have resolved this case and hereby move the Court for an order dismissing this action, with prejudice, each party to bear his/her/its own costs and attorney fees, in full."  Stipulated Motion at 1.  In addition, the parties "request that this Court retain jurisdiction to enforce the terms of the confidential settlement agreement."  Stipulated Motion at 1.  With no more claims or parties before the Court, the Court enters final judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.  The Court retains jurisdiction over the parties' settlement agreement to enforce the parties' agreement, if necessary.

**IT IS ORDERED** that: (i) the case is dismissed with prejudice; (ii) Final Judgment is entered; and (iii) the Court retains jurisdiction over the settlement to enforce the parties' agreement, if necessary.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Joseph F. Albrechta
John A. Coble
Albrechta & Coble, Ltd.
Fremont, Ohio

--and--

Tod J. Thompson
Attorney at Law, Ltd.
Cincinnati, Ohio

--and--

David T. Albrechta
Eleni K. Albrechta
Albrechta & Albrechta, LLC
Durango, Colorado

    *Attorneys for the Plaintiff*

Gregory L. Biehler
Lewis, Brisbois, Bisgaard & Smith, LLP
Albuquerque, New Mexico

--and--

Rebecca Shope
Shumaker, Loop & Kendrick, LLP
Toledo, Ohio

    *Attorneys for the Defendants*